987 A.2d 614

IN THE MATTER OF DAWN L. JACKSON,
AN ATTORNEY AT LAW.

February 3, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–266, recommending on the record certified to the Board pursuant to *Rule* 1:20–(f) (default by respondent), that **DAWN L. JACKSON,** formerly of **WEST PATERSON,** who was admitted to the bar of this State in 2001, and who has been temporarily suspended from the practice of law since March 10, 2009, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client trust funds), the principles of *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985), and *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979), *RPC* 1.16(d) (upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interest including refunding advance payment of unearned fee), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(b) (commission of a criminal act that reflects adversely on attorney's honesty, trustworthiness

or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And **DAWN L. JACKSON** having been ordered to show cause why she should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **DAWN L. JACKSON** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys;

ORDERED that **DAWN L. JACKSON** be and hereby is permanently restrained and enjoined from practicing law and that respondent continue to comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.